## No. 7402.

### LIZZY M. TAYLOR vs. W. ROUS ET AL.

The reissue of a mortgage note after payment would bind the maker who had himself reissued it, but it could not revive the mortgage to the prejudice of third persons who had acquired rights upon the property.

APPEAL from the District Court for East Carroll. D. HOUGH, J.

*Wyly* for Paintiff. *Montgomery & Delony* for Defendant Appellant.

SPENCER, J., delivered the opinion affirming the judgment.

## No. 7255.

### EUCLID BORLAND, JR., vs. EFFINGHAM LAWRENCE.

Waiver by the defendant in executory process of demand of payment and notice of process is an interruption of prescription.

Where the plea of discharge from a debt depends entirely upon facts and the proof of them, and the testimony of each party is corroborated by a disinterested witness, and nothing whatever appears impeaching the credibility of either of the four, and there are no corroborating circumstances by which one side is supported to the detriment of the other, the case is with the plaintiff who presents as evidence of his right to recover a written contract to destroy which the burden of proof was on the defendant.

APPEAL from the District Court for Plaquemines. PARDEE, J.

*M'Caleb* for Plaintiff Appellant. *Kennard, Howe & Prentiss* for Defendant.

WHITE, J., delivered the opinion reversing the judgment.